CAUSE #18-0060
18th DISTRICT JUDICIAL COURT
SOMERVELL COUNTY - TEXAS

REF: THE STATE OF TEXAS          §     TO: ATTN of Honorable COURT OF
          VS.                    §            APPEALS - TEXAS
~~Another DEHOYOS~~              §            AUSTIN, TEXAS
Julio DEHOYOS                    §
                                 §

          I Julio DEHoyos come Before this Honorable Court for
Remedy/INTERVENTION in Following MATTER:

1.) SENT To 18th DistRicT JudiciAl CourT ViA U.S. MAIL & ViA DiSTRicT
Clerk of Said County On OR About lAST WEEK of OcTobER 2014
A MOTION For A Bill OF REVIEW HEARING PROceEdings And ON
JANUARY 19th 2015 A letter directly To Hon. Judge of Said
County that TIME FRAME had elapsed For A Ruling/AnSWER.
No RESPONSE To this daTE!!

2.) WithHolding of EVIDENCE (FNCl w/this filing) PRimARily
A DRS. MEDICAL REPORT of NO TRAuMA To Victims PRIVATES
NoR EVIDENCE of TORN HYMEN SINCE ACCuSATiON WAS of INSERTION
of FINGERS AS in PluRAl To/INTO VAGINA. DocToR JAMYE L. COFFMAN/M.D.

3.) Months PRioR A 13-14 yr. Old MALE TEEN Exhibited his pENiS
To my dAughTer (ViCTim AT school) NEiTHER School NoR SheRiffs
DEPT. NOTified ME NoR my wife. FouNd ouT WHEN Boys MoTHER
CAME To my RESidENce To hAVE A heART And dRop ChARges on
hER SoN!!

4.) NEW EVIDENCE: "To wiT:" ITEM #2 - Medical/DocToRs findings.
          No Physical FINDINGs.

5.) COHERCION by onE SomERVEll CounTy DEpuTy JuNioR FERNANdEZ
A TEXAS BoRN/U.S.A BoRN Hispanic whom iS RACIST AgAINST
Hispanics From MEXICO AS myself, I, To mAKE mATTERS WORSE
HAVE A BElow AVERAGE I.Q. PER TEXAS DEpT. of CRimiNAl JusTICE
- ConFINEMENT INSTITUTION DiViSION. I AM RATED AT I.Q. OF 69.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

DOcToR: MD./JAMYE L. COFFMAN - COOK CHILDRENS- 801 SEVENTH
AVENUE, FoRT WoRTH, TEXAS 76104-2796. NO Physical findings.
          DATED - 06/05/07
                    PAGE - 1 oF 2

## — CONTINUANCE —

7.) I ASK FOR this Honorable Court of CRIMINAL Appeals of TEXAS To look into this Legal matter of Violations of CONSTITUTIONAL laws/rights by the 18th DISTRICT Court of ~~off~~ SomerVell County - TEXAS in GlenRose, TEXAS Against Julio Dehoyos and that this Court ENTERTAIN All RECORDS EN BANC And REMAND TO 18th DISTRICT Judicial Court A NEW Hearing / NEW Trial / Appointment of AN ATTORNEY And INVESTIGATOR as NOTED And Asked for in MOTION For A Bill OF REVIEW Hearing / Proceedings OR ANY REMEDY that this Court Finds APPROPIATE.

I make these issues KNOWN TO this Honorable Court Knowing PENALTIES of PERJURY And ATTEST All To be TRUE And CORRECT To the best of my Knowledge, So help us GOD.

A.) INCl: DOCTORS Findings which were withheld by DISTRICT ATTORNEY From me And my Trial ATTORNEY And wish my illiterate Mother accidently found after my family broke up...

B.) Copy of MOTION FOR Bill of REVIEW Hearing As RECAlled since we inmates do NOT have right/luxury TO A copy machine.

Dated: March 24, 2015

NOTE: Please Acknowledge RECIEPT.
thank you.

APPLICANT / PRO-SE
X
Julio Dehoyos #1482389
C.T. TERRELL - 1300 FM 655
Rosharon, TEXAS 77583

CASE # 18-0060
Somervell County, TEXAS

## H. EXAM / CONSULTATIONS / FINDINGS & FOLLOW-UP:

| | PERSONNEL INVOLVED (PRINT) | PHONE |
|---|---|---|
| History taken by: | J. Coffman MD | 682-885-3953 |
| Physical examination performed by: | J. Coffman MD | |
| Specimens labels and sealed by: | J. Coffman MD | |
| Assistant: | None | |
| Psychosocial assessment taken by: ☑ N/A ☐ Report attached | | |
| Interview observed: ☐ Yes ☑ No | | |

### CONSULT:

| TIME CALLED | RESPONDED | SERVICE | DOCTOR |
|---|---|---|---|
| | | | |
| | | | |

### IMPRESSIONS, FINDINGS, AND FOLLOW-UP:

Pediatric Examinations Reveals:

☐ Physical Findings
  ☐ Exam consistent with history    ☐ Specific for abuse
  ☐ Exam inconsistent with history    ☐ Non-specific for abuse

☑ No Physical Findings
  ☐ Exam consistent with history
  ☐ Exam inconsistent with history

IMPRESSION: Sexual abuse - No trauma on exam

PATIENT RELEASED TO: Mother

PHYSICAL EXAMINER (print / signature): J. Coffman MD

**DISPOSITION:** ☐ Admit to _____    ☐ Transfer to ED    ☐ Home

**CONDITION AT DISCHARGE:** ☑ Good    ☐ Satisfactory    ☐ Serious

**PLAN:** (Check if applicable)
☑ Reassurance regarding health of genitalia.
☐ Return to regular family doctor for routine medical care.
☐ Copy of medical report to caseworker and/or law enforcement agency.
☑ Other: _____

**AFTERCARE INSTRUCTIONS:**
☐ Follow up appointment _____
☑ Counseling: List
☐ Follow up lab: _____
Written and verbal information went to parent / guardian / patient (circle)
☑ ACI    ☐ Return to school/work    ☐ PCP    ☑ Literature    ☐ Referral list    ☐ Physician list
☐ Anticipatory guidance

INITIALS

**Cook**Children's.
801 Seventh Avenue
Fort Worth, Texas 76104-2796

PHYSICAL & SEXUAL ABUSE
MEDICAL PROTOCOL
(Page 9 of 9)

15400 (11/02)

PRINT OR IMPRINT PATIENT INFORMATION

V6053842
CDEHOYAS,ROSA   M2240601   06/05/07
REG CLI   F   07/10/1992
COFFMAN,JAMYE L MD    SEL
   CARE CMC

## LOCATION

*REF: CASE #18-0060 : Somervell County-Texas*

| PATIENT: | DEHOYAS,ROSA | | ACCT #: V00006053842 | LOC: CARE.CMC | U #: M002240601 |
|---|---|---|---|---|---|
| | | | AGE/SX: 14/F | ROOM: | REG: 06/05/07 |
| REG DR: | COFFMAN,JAMYE L MD | | STATUS: REG CLI | BED: | DIS: |

| | Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|---|
| => | HCG SERUM | 1 | JUN 5 | 1625 | NEGATIVE | (NEGATIVE) | |
| => | CHLAMYDIA GENPR | 1 | JUN 5 | 1600 | NEGATIVE | (NEGATIVE) | |
| => | GONORRHEA GENPR | 1 | JUN 5 | 1600 | NEGATIVE | (NEGATIVE) | |
| => | HEP C VIRUS | 1 | JUN 5 | 1625 | NEGATIVE | (NEGATIVE) | |

THE STATE OF TEXAS      §     IN THE DISTRICT COURT OF
VS               §     SOMERVELL COUNTY - TEXAS
Julio Dehoyos        §     18th Judicial DISTRICT
                 §

## MOTION FOR A Bill OF REVIEW Hearing /Proceedings

Comes Now the Defendant, Julio Dehoyos Filing PRO-SE who says to this Court "CHILDREN LIE" that WE EXPECT and AS a SOCIETY Try To change that AS they age, HOWEVER, unfortunately Adults tend To Also ENGAGE in DECEPTIVE and WRONGful Conduct And when that involves a matter before the Courts, WE AS A SOCIETY NEED To EXPOSE it WHENEVER and WHEREVER it occurs. The DEFENDANT REPRESENTS To this Court that his CASE is just such an example of WHEN PROSECUTORIAL Power is Allowed To RUN AMUCK. The Defendant Now REPRESENTS To this Court:

1.) the Criminal Hearing KNOWN AS A Bill OF REVIEW Proceeding is designed To PREVENT A MANIFEST INJUSTICE (SEE: Kelly Moore V. NORTHEAST, 426 S.W. 2d 591)

2.) DEFENDANT Claims his CONVINCTION$ WAS obtained by and WAS the Product of the STATES USE of EXTRINSIC FRAUD.

3.) DEFENDANT DEFINES EXTRINSIC FRAUD AS FRAUD which DENIES A PARTY the OPPORTUNITY To Fully Litigate - upon Trial, All Rights and DEFENSES that the PARTY is ENTITLED To ASSERT.

4.) A Conspiracy between the PROSECUTING Attorney and DEFENSE ATTORNEYS To gOVERN ACTIONS that would unfairly influence the Outcome of A CASE, would CERTAINLY qualify A EXTRINSIC FRAUD.

5.) A PROSECUTING ATTORNEY ENCOURAGING a defendants Trial Counsel(s) To "JUST Plea this ONE Out", CERTAINLY CONSTITUTES A WRONGful ACT of that OPPOSING Counsel. (SEE: WEMBLEY v. HERRERA, 11 S.W. 3d 924)

6.) AN ACTION (IE: Filing / Pleading) To UNDO AN INCORRECT FORMER Ruling/Judgement MUST be brought in the Court RENDERING the Judgement. (SEE: GARZA V. Rodriguez, 18 S.W. 3d 694)

7.) FRAUD AFFECTS fatally EVEN the MOST SOLEMN Judgement(s) & DECREES. (SEE: Diehl V. U.S., 438 F2d 705,, 92 S.Ct. at 67)

8.) FRAUD IS A VALID Ground For SETTING ASSIDE A PRIOR Judgement, if that FRAUD was EXTRINSIC. (SEE: GREY V. FIRST NAT —, 393 F2d 371,, 89 S.CT. 398, 393)

9.) MISConduct OF PARTY or Counsel is EXTRINSIC FRAUD. the DEFENDANT thinks ye ol PROVERBIAL, BACK ROOM DEALS (About his Life) definitely RANKS AS MISConduct of Counsel:

10.) FRAUD VITIATES EVERY TRANSACTION Tointed by IT, EVEN Judgements, SEE: DeCluitt V. DeCluitt, 613 S.W. 2d 777,, Young V. TEX. Emp. —, 488. S.W. 2d 551,, & Dudley V. Lawler, 468 S.W. 2d 160)

11.) the DEFENDANT REPRESENTS To this Court that she was PREVENTED from having anything EVEN Close To RESEMBLING A FAIR Trial due To EXTRINSIC FRAUD. (SEE: Tice-City —, 767 S.W. 2d 700)

12.) A Bill OF REVIEW (HEARING) Proceeding To SET ASSIDE A Judgement that is NO Longer APPEALABLE is A VALID AVENUE at this TIME. (SEE: Transworld V. BRISCOE, 772 S.W. 2d 407)

13.) this Court has subject Matter Jurisdiction here. (SEE: McDaniel V. Hale, 883 S.W. 2d 652)

14.) ONCE it is Found Likely that A Bill OF REVIEW PETITIONER is Suffering UNDER WRONGFULLY OBTAINED Judgement (IE: CONVICTION) that is UNSUPPORTED by the Weight of EVIDENCE, Equity is Satisfied and Court Should GRANT the REQUESTED Relief. (SEE: STATE V. Trull, 778 S.W. 2d 463)

15. The DEFENDANT REPRESENTS that the STATE (PROSECUTOR & CPS, et. al) did INTENTIONALLY Mislead this Court and his CONVICTION Should BE SET ASIDE. (SEE: O'Boyle V. Bevil, 259 F. 2d 506) OR AT the Very least his Judgement Should BE Re-opened.

16. THE DEFENDANT REPRESENTS To THIS COURT That the STATE KEPT A PARTY (WITH EXCULPATORY Information) AWAY FROM the COURT. (SEE: INCE V. INCE, 58 S.W. 3d 187)

17.) The Defendant REPRESENTS to the Court that if "CERTAIN PARTIES" were granted TESTIMONIAL & TRANSACTIONAL Immunity by this Court - just PRIOR to their TESTIMONY (TO AVOID ANY HANKY PANKY SHENANGANS by the STATE to have A CHANCE to TAMPER WITH them) A MASSIVE FRAUD would be EXPOSED.

18.). The INTRODUCTION of FABRICATED EVIDENCE is FRAUD ON the Court And this Court Should be ENRAGED About this Conduct by the STATE As the Defendant is. (SEE: Judgement in ENTIRETY)

19.) The Doctrine of Laches DOES NOT TIME BAR this Pleading.

20.) WRONGDOER (IE: THE STATE) Shall NOT impose EXTREME Vigilance or PROMPTITUDE AS A CONDITION of EXERCISE of A Right of INJURED PERSON. (SEE: MELTON V. MILLER, 391 S.W. 2d 568)

21.) THE TRIAL COURT ENJOYS WIDE DISCRETION (IN ARBITRIUM JUDICIE - SO TO SAY) in this MATTER, And it is its DECISION that would be SUBJECT TO APPELLANT REVIEW. (SEE: WALTZ V. ZAPATTA, 500 F. 2d 628)

22) To give this Court A TASTE of what the DEFENDANT CAN PRESENT AT this HEARING, the STATE Literally Told A PARTY, NOT TO TELL/BRING FORTH the TRUTH -- OR THEY Could GET IN TROUBLE.

23.) ALL the FACTS NEED to be EXAMINED AT A HEARING. (SEE. AltTECH V. E.I.L. 33 F. SUPP 2d 546)

24.) RESULTS And IN COURT OBSERVATION by the Court - Could RESULT in the CALL FOR COURTS OF INQUIRY PROCEEDINGS, PER C. CR. PROC. 52.01 (_ And IN SUCH CASE AN ATTORNEY PRO-TEM will definitely be NEEDED.

25.) This HEARING is CALLED FOR PURSUANT to the TEXAS STATE CONSTITUTION, ART 1, : 13. (SEE: CIENFUEGOS V. STATE, 113 S.W. 3d 481.)

### ARGUMENT

YEARS ago the FLAVOR of the MONTH PROSECUTORIAL MENTALITY RESULTED in the RAILROADING of the DEFENDANT. NOW A FAMILY STANDS TORN APART And A YOUNG WOMAN is BURDENED WITH GUILT INVOLUNTARY Imposed ON HER by CORRUPT CPS CASEWORKERS And A OVERZEALOUS PROSECUTOR. NOW POST

CONVICTION INVESTIGATIVE EFFORTS will show the MISCARRIAGE of JUSTICE that has OCCURRED HERE. The Court Should NOT hesitate in GRANTING the RELIEF NOW REQUESTED by the DEFENDANT.

PRAYER

The DEFENDANT PRAYS that this HONORABLE COURT will GRANT him A HEARING AS OUTLINED HEREIN this MOTION, and AFTER INVESTIGATION, the ISSUANCE of SUBPOENA(S) and the said HEARING, SET ASIDE his CONVICTION, ORDER A JUDGEMENT of ACQUITTAL and if it DEEMS IT APPROPRIATE, REQUEST A COURT of INQUIRY into the CONDUCT of the STATES AGENTS and REPRESENTATIVES INVOLVED in this CASE.

Respectfully Submitted by

Julio Behoyos, PRO-SE
C.T. TERRELL -1300 FM 655
Rosh000, TEXAS 77583

I, Julio Behoyos TDCJ # 1482389 AT C.T. TERRELL UNIT-1300 FM 655 - Rosharon, Texas 77583, BRAZORIA County declare under penalty of perjury that the STATEMENTS and ACCUSATIONS made HERE-IN this MOTION ARE TRUE and CORRECT To best of my knowledge, So help me GOD.